US District Court District of Columbia

Case No <u>1:26-cv-01086-UNA</u>

Garman et al.,
Plaintiffs,

and
Borealis S Hedling
Travelodge Plus Dublin City Centre
44 Townsend ST Rm 120
Dublin 2 (Ireland)
Proposed Plaintiff-Intervenor

v.

Patel et al.
Defendants

### Emergency Motion to Intervene, Appoint Counsel, Speedy Hearing under Rule 57, and for Partial Summary Judgment

The Proposed Intervenor respectfully requests the Court allow intervention under Federal Rule of Civil Procedure 24 by right under Article 13 and 14 of the UN Convention against Torture. The Plaintiff respectfully requests Appointment of Counsel on an Emergency basis under Article 14 of the UN Convention against Torture. Requests an Emergency Hearing under Rule 57 for partial summary Judgment for the following Relief Declaratory Relief requested by the Plaintiff's

"a. A declaration that Defendants' actions violated Plaintiffs' and the proposed class members' First Amendment rights and an order of appropriate relief;

b. A declaration that Defendants' actions violated Plaintiffs' and the proposed class members' Fifth Amendment due process rights and an order of appropriate relief, to include, but not be limited to, a name-clearing hearing;"



RECEIVED

MAR 31 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

I.    Background

As well established in the below yet to be docketed Emergency Motion to Expedite in US District Court District of Columbia Case No 1:25-cv-04178-UNA Hedling V Trump et al. The Proposed Intervenor like the Plaintiff's for attempting to lawfully prosecute Donald J Trump have suffered Irreparable harm and attempts to smear their character.

II.    The FBI Refuses to Follow Article 4 Section 4 and needs Agents with Moral Courage

On April 8, 2024 per EX 1 the Proposed Intervenor informed the Department of Justice via the Office of Justice Program about the 42 U.S.C. § 1983, 1985 (2+3), 1986 conspiracy to illegally operate and cover up The Domestic Violence Cash Benefit Program. To instead of have Agent Jeff Sexton lawfully investigate the Proposed Intervenor's enforced disappearance and subsequent illegal incarceration as obstruction of Justice and charge Governor Ned Lamont and Attorney General William Tong via the US Attorney's Office. Just drop off a business card April 12, 2024 and pretend that met the professional obligations of the FBI.

III.    The FBI should allow erasure of the unlawful conviction from NCIC immediately under Article 17 of the GDPR

The Proposed Intervenor after requesting removal of the illegal conviction that still casts the Proposed Intervenor as the aggressor versus the State of Connecticut. Was redirected to a other FBI unit yet under Article 14 of the UN Convention against Torture both the FBI and OIP could have just forwarded request. The Proposed Intervenor seeks like the Plaintiff's to clear their name immediately and be heard in an oral hearing.

Conclusion

The Proposed Intervenor respectfully requests the Court allow intervention under Federal Rule of Civil Procedure 24 by right under Article 13 and 14 of the UN Convention against Torture. The Plaintiff respectfully requests Appointment of Counsel on an Emergency basis under Article 14 of the UN Convention against Torture. Requests an Emergency Hearing under Rule 57 for partial summary Judgment for the following Relief Declaratory Relief requested by the Plaintiff's

"a. A declaration that Defendants' actions violated Plaintiffs' and the proposed class members' First Amendment rights and an order of appropriate relief;

b. A declaration that Defendants' actions violated Plaintiffs' and the proposed class members' Fifth Amendment due process rights and an order of appropriate relief, to include, but not be limited to, a name-clearing hearing;"

Signed on the 31st of March 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2
(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957

Certification of Service

I certify under penalty of perjury a good faith attempt was made to email documents to relevant

parties.

Plaintiff's

mpeters@petersbrovner.com

lbrovner@petersbrovner.com

mbrinckerhoff@ecbawm.com

acelli@ecbawm.com

deisenberg@ecbawm.com

rwyant@ecbawm.com

Defendant's

SUPREMECTBRIEFS@usdoj.gov

Alicia.dupree@usdoj.gov

Johnny.walker@usdoj.gov

Christopher.i.pryby@usdoj.gov

Signed on the 31st of March 2026 at Travelodge Plus 44 Townsend ST Rm 120 Dublin 2
(Ireland)
Respectfully submitted,
/s/Borealis S Hedling
Proposed Plaintiff-Intervenor
They / Them
Travelodge Plus
44 Townsend ST Rm 120
Dauntless.peace@proton.me
+1-959-999-8957