# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5110**                                    **September Term, 2025**

**1:26-cv-01086-JMC**

**Filed On: April 10, 2026** [2168043]

Jamie Garman, et al.,

       Appellees

    v.

Kash Patel, in his official capacity as
Director of the Federal Bureau of
Investigation, et al.,

       Appellees

Borealis S. Hedling,

       Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

      BY:    /s/
            Francis A. Walter
            Deputy Clerk