**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMIE GARMAN, *et al.*, | |
| Plaintiffs, | Case No. 1:26-cv-1086-JMC |
| v. | |
| KASHYAP P. PATEL, *et al.*, | |
| Defendants. | |

**Defendants' Motion to Dismiss the Complaint for Lack of Subject-Matter Jurisdiction and Failure to State a Claim for Relief**

Defendants Kashyap P. Patel, in his official capacity as Director of the Federal Bureau of Investigation ("FBI"); the FBI; Todd Blanche, in his official capacity as Acting Attorney General of the United States;[1] and the U.S. Department of Justice move this Court under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss this action for lack of subject-matter jurisdiction and failure to state a claim for relief. The grounds for this motion are fully set forth in an accompanying memorandum.

June 18, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHRISTOPHER HALL
Assistant Branch Director

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorney
Federal Programs Branch

---

[1] Todd Blanche is automatically substituted for Pamela J. Bondi as a defendant. *See* Fed. R. Civ. P. 25(d).

Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 305-7134
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.


June 18, 2026                                           */s/ Isaac C. Belfer*
                                                        Isaac C. Belfer