**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JAMIE GARMAN, BLAIRE TOLEMAN, and MICHELLE BALL, on behalf of themselves and all similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>KASHYAP P. PATEL, *et al.*,<br><br>    *Defendants*. | Civil Case No. 1:26-cv-01086-JMC |

**[PROPOSED] ORDER**

Upon consideration of proposed *amici curiae* First Amendment Scholars' consent Motion for Leave to File *Amici Curiae* Brief in Support of Plaintiffs' Response to Defendants' Motion to Dismiss, it is hereby ORDERED that *amici curiae* First Amendment Scholars' Motion is GRANTED.

    **SO ORDERED.**

Dated: _____          _____
                                            HON. JIA M. COBB
                                            United States District Judge