# EXHIBIT A

## LIST OF AMICI CURIAE

1.     **Anthony Riedlinger,** Special Agent in Charge, worked at the FBI from 1996 to 2022.

2.     **Ash Sawkar,** Supervisory Special Agent Attorney, worked at the FBI from 2003 to 2023.

3.     **Brandon Kealiher,** Special Agent, worked at the FBI from 2003 to 2023.

4.     **Charles Beaudoin**, Supervisory Special Agent, worked at the FBI from 1983 to 2004.

5.     **Christina Mesesan,** Supervisory Intelligence Analyst, worked at the FBI from 2008 to 2021.

6.     **David Koblitz**, Special Agent, worked at the FBI from 1996 to 2017.

7.     **David Maltinsky,** Special Agent, worked at the FBI from 2009 to 2025.

8.     **David Sundberg,** Assistant Director in Charge, worked at the FBI from 2002 to 2025.

9.     **Dennis Hatton**, Senior Supervisory Intelligence Analyst, worked at the FBI from 2008 to 2022.

10.    **Derek Pieper,** Assistant Special Agent in Charge, worked at the FBI from 2004 to 2025.

11.    **Edward J. Appel,** Special Agent, worked at the FBI from 1969 to 1997.

12.    **Frank G. Scafidi,** Special Agent, worked at the FBI from 1984 to 2004.

13.    **Jacqueline Maguire,** Executive Assistant Director, worked at the FBI from 2000 to 2025.

14.    **James Davidson,** Supervisory Special Agent, worked at the FBI from 1992 to 2015.

15.    **James Keesling**, Special Agent, worked at the FBI from 1995 to 2020.

16.    **Jeff Crocker,** Supervisory Special Agent, worked at the FBI from 2003-2024.

17.    **Jenifer A.L. Smith**, Section Chief, worked at the FBI from 1986 to 2009.

18.    **Jessica Cadigan,** Intelligence Analyst, worked at the FBI from 2014 to

2025.

19. **John W. Sullivan,** Section Chief, worked at the FBI from 2008 to 2025.

20. **Jon Kingsley,** Supervisory Special Agent, worked at the FBI from 2005 to 2024.

21. **Kayla Staph,** Special Agent, worked at the FBI from 2020 to 2025.

22. **Lauren C. Anderson,** Assistant Special Agent in Charge, worked at the FBI from 1984 to 2012.

23. **Leo McFarland,** Special Agent, worked at the FBI from 2015 to 2022.

24. **Maria L. Ricci,** Assistant Special Agent in Charge, worked at the FBI from 2002 to 2025.

25. **Martin Culbreth,** Special Agent in Charge, worked at the FBI from 1995 to 2020.

26. **Matthew J. DeSarno,** Special Agent in Charge, worked at the FBI from 2002 to 2022.

27. **Matthew Miller,** Special Agent, worked at the FBI from 1992 to 2024.

28. **Niall Janney,** Management and Program Analyst, Mission Support Analyst, worked at the FBI from 2012 to 2017.

29. **Peter P. Orphanos,** Supervisory Special Agent, worked at the FBI from 1996 to 2023.

30. **Phil Andrew,** Special Agent, worked at the FBI from 1997 to 2018.

31. **Robert Cochran,** Assistant Special Agent in Charge, worked at the FBI from 2002 to 2022.

32. **Sasha Khan Taylor**, Intelligence Analyst, worked at the FBI from 2012 to 2021.

33. **Sean Wainwright,** Intelligence Analyst, worked at the FBI from 2015 to 2020.

34. **Shanief Webb,** Computer Scientist, worked at the FBI from 2013 to 2016.

35. **Shena Crowe,** Special Agent, worked at the FBI from 2002 to 2023.

36. **Stephen R. Hart**, Supervisory Special Agent, worked at the FBI from 2004 to 2025.

37.    **Suzanna Hasnay**, Supervisory Special Agent Attorney, worked at the FBI from 1997 to 2017.

38.    **Teresa L. Carlson**, Special Agent in Charge, worked at the FBI from 1992 to 2014.